# IN THE SUPREME COURT OF THE STATE OF NEVADA

DERRICK BRYAN ALLEN,
               Appellant,
        vs.
THE STATE OF NEVADA,
               Respondent.

No. 85033

**FILED**

AUG 04 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Jacqueline M. Bluth, Judge.

This court's review of this appeal revealed a potential jurisdictional defect. The judgment of conviction was entered on May 25, 2022. However, the notice of appeal was not filed until July 12, 2022, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). Accordingly, on July 20, 2022, this court directed appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction.

In response to this court's show-cause order, appellant's counsel concedes that this appeal was untimely filed. Because an untimely notice of appeal fails to vest jurisdiction in this court, *see Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), this court lacks jurisdiction over this appeal and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

22-24418

cc: Hon. Jacqueline M. Bluth, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk